```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0173--CV (JWS)
            "CATERPILLAR FINANCIAL SVC CORP V ALPINE COVE"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  4(11)(12)
            Filed: 07/22/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (120) Marine

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 07/22/05 receipt # 00126204
         Trial by:
```

Parties of Record:                            Counsel of Record:

```
PLF 1.1         CATERPILLAR FINANCIAL SERVICES    William D. DeVoe
                CORP                              Holmes Weddle et al
                                                  999 3rd Avenue, Suite 2600
                                                  Seattle, WA 98104
                                                  206-292-8008

PLF 2.1         DATA CONTRACTORS                  Steven J. Shamburek
                                                  Law Office of Steven Shamburek
                                                  425 G Street Suite 630
                                                  Anchorage, AK 99501
                                                  907-522-5339
                                                  FAX 907-522-5393

PLF 3.1         SPOKAS, MICHAEL                   Joseph S. Stacey
                                                  Beard Stacey et al
                                                  821 N Street, Suite 205
                                                  Anchorage, AK 99501
                                                  907-272-7207
                                                  FAX      -   -

PLF 4.1         JACKSON, JEFFREY                  Joseph S. Stacey
                                                   (see above)

PLF 5.1         EAST, JEREMY                      Joseph S. Stacey
                                                   (see above)

PLF 6.1         COLLINS, LUKE                     Joseph S. Stacey
                                                   (see above)

PLF 7.1         JONES, MICHAEL                    Joseph S. Stacey
                                                   (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
  CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0173--CV (JWS)
            "CATERPILLAR FINANCIAL SVC CORP V ALPINE COVE"

        Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 8.1 | HUTTER, MATT | Joseph S. Stacey (see above) |
| DEF 1.1 | ALPINE COVE LLC | No counsel found for this party! |
| DEF 2.1 | GUSTAFSON, ROBERT | No counsel found for this party! |
| DEF 3.1 | ALPINE COVE, F/V | No counsel found for this party! |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A05-0173--CV (JWS)
                        "CATERPILLAR FINANCIAL SVC CORP V ALPINE COVE"

                                      For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule: 4(11)(12)
             Filed: 07/22/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 07/22/05 receipt # 00126204
          Trial by:


Document #  Filed     Docket text

     1 -  1 07/22/05  Complaint filed; Summons issued.

     2 -  1 07/22/05  PLF 1 motion (ex parte) for order authorizing issuance of warrant for
                      arrest .

     3 -  1 07/22/05  PLF 1 motion (ex parte) for order appointing substitute custodian w/att
                      certification.

     3 -  2 07/22/05  PLF 1 motion (ex parte) authorizing movement and inspection of defenant
                      vessel w/att certification.

     4 -  1 07/22/05  JWS Minute Order that case referred to MJ Roberts per MJ Rule 4 (11)
                      (12). cc: cnsl, MJ Roberts

  NOTE -  1 07/25/05  Issued: In Rem WOA F/V Alpine Cove.

     5 -  1 07/25/05  JDR Order granting motion for order appointing substitute custodian
                      (3-1), motion authorizing movement and inspection of defenant vessel
                      (3-2). cc: cnsl, USM

     6 -  1 07/25/05  JDR Order granting motion for order authorizing issuance of warrant for
                      arrest (2-1). cc: cnsl, USM

     7 -  1 07/27/05  PLF 1 motion (ex parte) amended for order appointing substitute
                      custodian & order authorizing movement & inspection of def vessel.

     8 -  1 07/28/05  PMP Order granting motion for amended order appointing substitute
                      custodian & order authorizing movement & inspection of def vessel (7-1).
                      cc: cnsl, USM

     9 -  1 08/08/05  USM Return of svc of WOA & Order on Substitute Custodian re: DEF 3
                      executed 8/05/05.

    10 -  1 08/15/05  PLF 1 Notice of filing original signature on verification of complaint
                      to foreclosure preferred ship mortagares w/att page.

    11 -  1 08/17/05  PLF 1 Notice of flg orig signature on certification of Buck Fowler, Jr.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0173--CV (JWS)
"CATERPILLAR FINANCIAL SVC CORP V ALPINE COVE"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 12 - 1 | 08/26/05 | PLF 2 Statement of right or interest pursuant to rule C (6)(b) w/att exh. |
| 13 - 1 | 09/01/05 | USM Return of svc re: proof of publication of arrest of vessel in Anchorage Daily News on 8/14/05. |
| 14 - 1 | 09/23/05 | JDR Minute Order re plf to file proofs of service. cc: cnsl |
| 15 - 1 | 10/03/05 | PLF 1-2 Return of Service Executed re: DEF 1 on 8/9/05. |
| 16 - 1 | 10/03/05 | PLF 1-2 Return of Service Executed re: DEF 2 on 8/9/05. |
| 17 - 1 | 10/04/05 | JDR Minute Order re plf to require an answer or apply for default re DEF 1-2 due w/in 20 days. cc: cnsl |
| 18 - 1 | 10/06/05 | PLF 2 Notice of satisfaction and assignment of lien. |
| 19 - 1 | 10/06/05 | PLF 3-8 Notice of filing faxed document w/att statements of right or interest. |
| 20 - 1 | 10/07/05 | PLF 3-8 Statement of right or interest purusant to Rule C(6)(b). |
| 21 - 1 | 10/07/05 | PLF 3 Statement of right or interest pursuant to Rule C(6)(b). |
| 22 - 1 | 10/07/05 | PLF 1 motion (ex parte) for order of default in rem against F/V Alpine Cove and in personam agaisnt Robert Gustafson and Alpine Cove, LLC w/att aff & exhs. |
| 23 - 1 | 10/11/05 | Clerk's Notice re default entered re DEF 1-2. cc: cnsl, R. Gustafson, A. Cove LLC. |
| 24 - 1 | 10/11/05 | Clerk's Notice re default entered re DEF 3. cc: cnsl |
| 25 - 1 | 10/13/05 | PLF 1-8 Notice of original signature page of Affidavit of cnsl re: PLF 1 mot (ex parte) for ord of dft in rem against F/V Alpine Cove & in personam against Robert Gustafson & Alpine Cove, LLC (22-1). |
| 26 - 1 | 11/18/05 | PLF 1-8 motion for order authorizing sale of defendant F/V Alpine Cove & for credit bid authority at the sale of defendant F/V Alpine Cove w/att aff. |
| 27 - 1 | 11/18/05 | PLF 1-8 motion for default judgment in personam against Alpine Cove, LLC and in rem against F/V Alpine Cove w/att aff & exh. |
| 27 - 2 | 11/18/05 | PLF 1-8 motion for award of attorneys' fees and costs w/att aff & exh. |