1. William D. De Voe
2. HOLMES WEDDLE & BARCOTT
3. 999 Third Avenue, Suite 2600
   Seattle, Washington 98104
4. (206) 292-8008

5. Attorneys for Plaintiff



**FILED**

DEC 0 8 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CATERPILLAR FINANCIAL SERVICES CORPORATION, Plaintiff, v. ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*, Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS)<br><br>(PROPOSED) ORDER FOR DEFAULT JUDGMENT, *IN PERSONAM* AGAINST ALPINE COVE, LLC AND *IN REM*, AGAINST F/V ALPINE COVE AND, AWARD OF ATTORNEYS' FEES AND COSTS |
|---|---|

THIS MATTER, having come before the Court upon the motion of plaintiff Caterpillar Financial Services Corporation ("Caterpillar") for (1) a default judgment *in personam* against Alpine Cove, LLC, (2) and a default judgment *in rem* against the ALPINE COVE, Official No. 1113073, (3) award of *custodian legis* costs, legal fees, costs.

(PROPOSED) ORDER OF DEFAULT
*IN REM* AGAINST F/V ALPINE COVE AND
*IN PERSONAM* AGAINST AND ALPINE COVE, LLC - 1

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

28

After due consideration, the Court having reviewed the records and files herein and the Affidavit of William D. DeVoe, and being otherwise advised in the premises, it is hereby:

ORDERED that the Preferred Ship Mortgage and Amended Preferred Ship Mortgage of plaintiff on the F/V ALPINE COVE, Official No. 1113073, its engines, machinery, and appurtenances, etc., is hereby foreclosed; and it is further

ORDERED that Caterpillar shall have judgment jointly and severally against Alpine Cove, LLC and against the F/V ALPINE COVE, Official No. 1113073, its engines, machinery, appurtenances, etc., based on the Preferred Ship Mortgage and Amended Preferred Ship Mortgage, in the amount of $2,008,474.37, together with per diem interest at $491.37 from June 20, 2005 through November 18, 2005, for a total judgment of $2,082,671.24, plus per diem interest of $491.37; and it is further

ORDERED that Caterpillar shall have judgment jointly and severally against Alpine Cove, LLC and against the ALPINE COVE, Official No. 113073, its engines, machinery, appurtenances, etc., in the amount of $12,451.41 representing costs *in custodia legis* to arrest the ALPINE COVE; and it is further

ORDERED that Caterpillar shall have *in rem* judgment against the F/V ALPINE COVE, Official No. 113073, its engines, machinery, appurtenances, etc., and against Alpine Cover, LLC, jointly and severally, in the amount of $_____ representing reasonable legal fees and expenses for representation of Caterpillar in the prosecution of this action and its costs related to self help repossession.

(PROPOSED) ORDER OF DEFAULT
*IN REM* AGAINST F/V ALPINE COVE AND
*IN PERSONAM* AGAINST AND ALPINE COVE, LLC - 2

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.
2.   DATED this 7th day of ~~November~~ December, 2005.
3.
4.                                                    _____
5.                                                    **U.S. DISTRICT JUDGE JOHN SEDWICK**
     Presented by:
6.                                                    The undersigned magistrate judge has reviewed the
     HOLMES WEDDLE & BARCOTT, P.C.                    above in light of the law and the facts and recommends
                                                     that it be **GRANTED with the exception**
7.                                                    of the request for attorneys fees, which will need
                                                     to be more fully supported through a separate motion.
8.
     _____
9.   William D. De Voe, ASBA #9101001                 _____   12-6-05
10.  Attorney for Plaintiff                           JOHN D. Roberts                    DATE
                                                     United States Magistrate Judge
11.

12.  G:\3444\20221\Pldg\Prop Order for Default Judgment Alaska 11.16.05.doc

13.
     CERTIFICATE OF SERVICE
14.  I hereby certify that on this 18th
     day of November, 2005, a true and
15.  correct copy of the foregoing was
     sent via US Mail to:
16.
     Joseph Stacey
17.  Beard Stacey Trueb & Jacobsen, LLP
     4039 21st Avenue W, Suite 401
18.  Seattle, WA  98199

19.  Steven J. Shamburek
     Law Offices of Steven J. Shamburek
20.  425 G Street, Ste. 630
     Anchorage, AK  99501                             A05-0173--CV (JWS)      12-8-05
21.                                                   ---------------------------------
     _____                  ✓ S. SHAMBUREK (SHAMBUREK)
22.  Patty Cool                                       ✓ W. DEVOE
                                                     ✓ J. STACEY
23.
                                                     ✓ MAGISTRATE JUDGE ROBERTS
24.                                                    O & J 11919

25.

26.
     (PROPOSED) ORDER OF DEFAULT
     *IN REM* AGAINST F/V ALPINE COVE AND             **HOLMES WEDDLE & BARCOTT**
     *IN PERSONAM* AGAINST AND ALPINE COVE, LLC - 3   999 THIRD AVENUE, SUITE 2600
                                                     SEATTLE, WASHINGTON 98104-4011
                                                     TELEPHONE (206) 292-8008