MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**FILED**
DEC 0 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

CATERPILLAR FINANCIAL SERVICES CORP.  v.  ALPINE COVE, LLC, et al.

THE HONORABLE JOHN W. SEDWICK        CASE NO.  A05-0173 CV (JWS)

Deputy Clerk                          Official Recorder

Pam Richter                           _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The court has executed the proposed default judgment, but has modified it such that the amount of recovery for reasonable attorney fees and self help has been left blank. The court found the request inadequately supported in the motion papers. Plaintiff shall file a properly supported motion for such not more than 14 days from the date of this order. If the court makes an award based on that motion, the Clerk will enter the amount awarded in the blank which has been created on the judgment.

DATE: December 8, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A05-0173--CV (JWS)   12-8-05

S. SHAMBUREK (SHAMBUREK)
W. DEVOE
J. STACEY

29