


FILED

DEC 1 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

CATERPILLAR FINANCIAL SERVICES CORP v. ALPINE COVE, LLC et al.,

Case No. A05-173 CV (JWS)
[CM/ECF 3-05-00173-CV-JWS-JDR]

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

---

### MINUTE ORDER FROM CHAMBERS

**RE: Motion for Order Authorizing Sale of Defendant F/V Alpine Cove,
and for Credit Bid Authority at the Sale of the F/V Alpine Cove,
Docket No. 26**

Plaintiff Caterpillar's motion for an order authorizing the United States Marshal to sell the defendant vessel ALPINE COVE, Official No. 1113073, and that it be allowed to credit or offset bid the amount of its judgment, is unopposed and appears well taken. Accordingly, the motion shall be granted. Counsel to lodge an appropriate order granting the motion and addressing the sale of the vessel.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 9, 2005

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2005\2005 CV\A05-173 CV (JWS) Alpine Cove FV @26 MO Re Sale of Vessel.wpd

A05-0173--CV (JWS)  om  12/12/05
---------------------------------------
S. SHAMBUREK (SHAMBUREK)
H. DEVOE
J. STACEY

30