**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>CATERPILLAR FINANCIAL SERVICES CORP.</u>  v.  <u>ALPINE COVE, LLC, et al.</u>

THE HONORABLE JOHN W. SEDWICK          CASE NO. <u>  A05-0173 CV (JWS)  </u>

<u>Deputy Clerk</u>                    <u>Official Recorder</u>

<u> Pam Richter          </u>          <u>                         </u>


APPEARANCES:    for PLAINTIFF:  ----

                for DEFENDANT:  ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

On or before December 30, 2005, plaintiff shall either file a notice of dismissal of its claim against Robert Gustafson or a notice showing what steps it has taken to obtain a relief from the bankruptcy stay.


DATE: <u> December 16, 2005 </u>

ENTERED AT JUDGE'S DIRECTION
INITIALS: <u> prr </u>
Deputy Clerk

A05-0173--CV (JWS)   12-16-05

- S. SHAMBUREK (SHAMBUREK)
- W. DEVOE
- J. STACEY
- MJ ROBERTS

31