FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 PM 4: 13

William D. De Voe
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>　　　　　　　　Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS)<br><br>PLAINTIFF'S MOTION FOR ORDER EXTENDING TIME FOR DISMISSAL OF ITS CLAIM AGAINST ROBERT GUSTAFSON |

This motion is filed in response to this Court's Order From Chambers entered December 16, 2005, requiring that on or before December 30, 1995, plaintiff shall either file a notice of dismissal of its claims against Robert Gustafson or a notice showing what steps it has taken to obtain relief from the bankruptcy stay. Plaintiff Caterpillar Financial Services Corporation ("Caterpillar") move this Court for an order extending by ninety days the time within which Caterpillar must either file a notice of dismissal of its claim

Pltf's Mtn for Order Extending Time For
Dismissal of its Claim Against Robert Gustafson
Case No. A05-173CV (JWS) - Pg. **1**

32

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

against Robert Gustafson or file a notice showing what steps it has taken to obtain a relief from the bankruptcy stay.

Defendant Robert Gustafson filed Chapter 7 Bankruptcy on October 16, 2005, and this action against him was stayed at that time. The bankruptcy is still in its early stages. For example the first meeting of creditors under 11 U.S.C. § 341 has been continued and is set to take place on January 5, 2006. It is too early in the bankruptcy case to know if a motion for relief from stay is appropriate or whether Mr. Gustafson will merely turn around a dismiss his bankruptcy case if this lawsuit is dismissed. If the claim against Mr. Gustafson is dismissed and Mr. Gustafson's bankruptcy is dismissed, Caterpillar will incur additional time and expense for refilling and reserving Mr. Gustafson. Not dismissing the claim against Mr. Gustafson does not violate the automatic stay, nor does it prejudice Mr. Gustafson.

Caterpillar respectfully request that this court extend for ninety days the date in its Order From Chamber entered December 16, 2005, with in which Caterpillar must either file a notice of dismissal of its claims against Robert Gustafson or file a notice showing steps taken to obtain relief from the bankruptcy stay.

DATED this 22nd day of December, 2005.

HOLMES WEDDLE & BARCOTT

_____
William D. De Voe, ASBA#9101001
Attorneys for Plaintiff

Pltf's Mtn for Order Extending Time For
Dismissal of its Claim Against Robert Gustafson
Case No. A05-173CV (JWS) - Pg. **2**

**CERTIFICATE OF SERVICE**

I hereby certify that on this ___22nd___ day of December, 2005, a true and correct copy of the foregoing was sent via U.S. Mail to:

Joseph Stacey
Beard Stacey Trueb & Jacobsen, LLP
4039 21st Avenue West, Suite 401
Seattle, WA 98199

Steven J. Shamburek
Law Offices of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501

*/s/ Patty Cell*

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Pltf's Mtn for Order Extending Time For
Dismissal of its Claim Against Robert Gustafson
Case No. A05-173CV (JWS) - Pg. **3**