FILED

DEC 2 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

William D. De Voe
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>　　　　　　　　Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS)<br><br>PLAINTIFF'S MOTION FOR ATTORNEYS FEES |

COMES NOW plaintiff Caterpillar Financial Services Corporation ("Caterpillar"), by and through its counsel of record Holmes Weddle & Barcott, in response to Order From Chambers, dated December 8, 2005, and moves this Court for an order awarding legal fees and expenses, including costs related to self help repossession, pursuant to Caterpillar's Note and Mortgage and requests entry of $24,470.18 in the Order For Default Judgment in this matter, filed December 8, 2005.

MOTION FOR ATTORNEYS
FEES AND COSTS - 1

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

33

1.     This motion is supported by the accompanying Affidavits of William D. De Voe
2. and Buck Fowler of Marine Lenders Services.
3.     DATED this 20TH day of December, 2005.

                        HOLMES WEDDLE & BARCOTT

                        */s/ William D. De Voe*
                        William D. De Voe, ASBA#9101001
                        Attorney for Plaintiff

G:\3444\20221\Pldg\Motion for Attys Fees 12.13.05.doc

MOTION FOR ATTORNEYS
FEES AND COSTS - 2

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

William D. De Voe
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS)<br><br>AFFIDAVIT OF WILLIAM D. DE VOE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS FEES |

STATE OF WASHINGTON )
                     ) ss.
COUNTY OF KING       )

WILLIAM D. DEVOE, being first duly sworn, upon oath deposes and says that:

1. I am the attorney for Caterpillar herein and I have personal knowledge of the facts set forth below.

2. This action was commenced on July 22, 2005, and the defendant vessel F/V ALPINE COVE was arrested on August 5, 2005. On August 1, 2005, prior to the

AFFIDAVIT OF WILLIAM D. DE VOE
IN SUPPORT OF MOTION FOR
ATTORNEYS FEES AND COSTS - 1

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

arrest of the ALPINE COVE, Caterpillar repossessed the vessel through self help repossession by Marine Lenders Services, LLC and incurred legal fees and expenses related to both the self help repossession and the drafting of the pleadings to begin this lawsuit to foreclose Caterpillar's Mortgage *In Rem* and to collect the amount owed under a note from the borrower Alpine Cove LLC and the guarantor Robert Gustafson. Caterpillar has also incurred legal fees and expenses in negotiating with the claimants against the F/V ALPINE COVE and obtaining default and default judgment.

3.  On October 11, 2005, an order of default was entered against Robert Gustafson, Alpine Cove, LLC and all persons and entities claiming an interest in the *in rem* defendant vessel excluding those who have filed claims and answers.

4.  On December 8, 2005, an order for default judgment was entered against Alpine Cove, LLC *in personam* and F/V ALPINE COVE *in rem*. An Order From Chambers dated December 8, 2005, requested that additional information be submitted regarding the motion for award of attorneys fees.

5.  The total amount of attorneys fees through November 2005 requested by Caterpillar is $14,326.50. Law firm expenses incurred by Caterpillar total $3,700.93 as of the end of November 2005. Attached to this affidavit are true and correct copies of invoices of Holmes Weddle & Barcott, including a detailed description of the legal services reasonably provided and expenses reasonably incurred in the self help repossession, the lawsuit to collect the amount owed, and foreclosure and pending sale of the vessel. See Exhibit A attached hereto.

AFFIDAVIT OF WILLIAM D. DE VOE
IN SUPPORT OF MOTION FOR
ATTORNEYS FEES AND COSTS - 2

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

6. Fees and expenses of Marine Lenders Service for the self help repossession of the vessel, including vessel condition report, roundtrip airfare, truck rental, truck fuel and per diem fees, are $6,442.75. These fees and expenses are not included in the *custodia legis* expenses previously awarded by this Court. See Affidavit of Buck Fowler filed herewith.

7. Caterpillar's Loan Agreement, dated February 21, 2001, at paragraph 22.7, provides for the recovery of attorneys fees and expenses, as follows:

> **Costs and Expenses**. Borrower agrees to pay upon demand all of Lender's out-of-pocket expenses, including attorneys' fees, incurred in connection with this Agreement, the Related Documents or in connection with the Construction Loan or Permanent Loan made pursuant to this Agreement. Lender may pay someone else to help collect the Construction Loan or Permanent Loan and to enforce this Agreement, and Borrower will pay that amount. This includes, subject to any limits under applicable law, Lender's attorneys' fees and legal expenses, whether or not there is a lawsuit, including attorneys' fees for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), appeals, and any anticipated post-judgment collection services. Borrower also will pay any court costs, in addition to all other sums provided by law.

See Exhibit B attached hereto.

8. Caterpillar's Permanent Note, dated June 28, 2001, provides for the recovery of attorneys fees and expenses, as follows:

> Borrower shall pay the reasonable fees of any attorney at law who may be employed by the Lender hereof to recover the amount of this Note, or any part hereof, in principal and interest, or to protect the rights of Lender or to compromise or to take any other action with regard thereto.

See Exhibit C attached hereto.

AFFIDAVIT OF WILLIAM D. DE VOE
IN SUPPORT OF MOTION FOR
ATTORNEYS FEES AND COSTS - 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

9. Caterpillar's Preferred Ship Mortgage, Articles 16 and 17, provide for the recovery of attorneys fees and expenses, as follows:

> In case the Mortgagee shall have proceeded to enforce any right…by foreclosure…the gross proceeds of the sale of the Vessel…shall be applied first to the payment of all expenses and charges incurred by the Mortagee in the exercise of its rights…including the expenses of any sale, …reasonable attorneys' fees…and other costs.

See Exhibit D attached hereto.

Dated December 20, 2005.

_____
William D. De Voe

SUBSCRIBED AND SWORN to before me this 20th day of December, 2005.

_____
Marcia F. Gay

MARCIA F. GAY
STATE OF WASHINGTON
NOTARY — • — PUBLIC
MY COMMISSION EXPIRES 09-21-08

Notary Public in and for Washington
Residing at: Seattle
My Commission Expires: 9/21/08

AFFIDAVIT OF WILLIAM D. DE VOE
IN SUPPORT OF MOTION FOR
ATTORNEYS FEES AND COSTS - 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. **CERTIFICATE OF SERVICE**

2. I hereby certify that on this __20th__ day
   of __Dec.__, 2005, a true and correct copy of
3. the foregoing was sent via U.S. Mail to:

4. Joseph Stacey
   Beard Stacey Trueb & Jacobsen, LLP
5. 4039 21st Avenue West, Suite 401
   Seattle, WA  98199

6.

   Steven J. Shamburek
7. Law Offices of Steven J. Shamburek
   425 G Street, Suite 630
8. Anchorage, AK  99501

9. _/s/ Marcia F. Gay_
10. MARCIA F GAY

11.

12.

13. G:\3444\20221\Pldg\Aff in Supp of Mot for Attorneys Fees 12.13.05.doc

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26. AFFIDAVIT OF WILLIAM D. DE VOE
    IN SUPPORT OF MOTION FOR
    ATTORNEYS FEES AND COSTS - 5

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008