```
                                                    FILED
                                                  DEC 2 7 2005
                                            UNITED STATES DISTRICT COURT
                                                DISTRICT OF ALASKA
                                            By_____ Deputy
```

1. William D. De Voe
2. HOLMES WEDDLE & BARCOTT
3. 999 Third Avenue, Suite 2600
   Seattle, Washington 98104
4. (206) 292-8008
5. Attorneys for Plaintiff
6.
7.
8.                    IN THE UNITED STATES DISTRICT COURT
9.                        FOR THE DISTRICT OF ALASKA

10. CATERPILLAR FINANCIAL SERVICES
    CORPORATION,
11.                                              IN ADMIRALTY
                  Plaintiff,
12.                                              Case No. A05-0173CV (JWS)
          v.
13.
                                                 ORDER AUTHORIZING
14. ALPINE COVE, LLC, *In Personam*, ROBERT      SALE OF DEFENDANT F/V
    GUSTAFSON, *In Personam*, AND F/V            ALPINE COVE AND FOR CREDIT
15. ALPINE COVE, O.N. 1113073, Its Engines,      BID AUTHORITY AT THE SALE
    Machinery, Appurtenances, etc., *In Rem*,
16.
                  Defendants.
17.

18.     This Court having considered the motion of plaintiff Caterpillar Financial
19. Services Corporation, affidavit of William D. De Voe, the records and files herein:
20.     IT IS HEREBY ORDERED:
21.
        1.     That the defendant F/V ALPINE COVE, Official No. 1113073, be sold by
22.
23. the United States Marshal on January 26, 2006, at 10:30 a.m., in the lobby of the Federal
24. Building U. S. Courthouse, 222 W. 7th Ave., Anchorage, Alaska, and that notice of the
25. sale be given by publication in the Anchorage Daily News and the Kodiak Daily Mirror
26.

ORDER AUTHORIZING                               HOLMES WEDDLE & BARCOTT
SALE OF VESSEL - 1                              999 THIRD AVENUE, SUITE 2600
                                                SEATTLE, WASHINGTON 98104-4011
                                                TELEPHONE (206) 292-8008       34

on four consecutive days, the publication to be completed no less than five calendar days prior to the day of the sale of vessel. The purchaser of the vessel at the Marshal's sale shall take title to the vessel free and clear of any mortgage, lien or claim.

2. That Plaintiff be allowed to credit bid or offset bid at the sale up to the amount of its Judgment plus its accrued *custodia legis* costs without payment of cash.

3. That the U.S. Marshal is authorized to accept written sealed bids. Bids must be received at the Marshal's office in Anchorage by 4:00 p.m. local time the business day preceding the sale. The sale will be conducted by oral bid. The person whose bid is accepted shall immediately pay the Marshal the full price of the bid if the bid is not more than $1,000 or a deposit of $1,000 or ten percent (10%) of the bid, whichever sum is greater, if the bid exceeds $1,000. The bidder shall pay, within seven calendar days thereof, the balance of the purchase price into the Registry of this Court with the Clerk's Office.

Dated this 23rd day of Dec., 2005.

*[signature]*
JOHN D. ROBERTS
U.S. Magistrate Judge

A05-0173--CV (JWS)    12-27-05

Presented by:

HOLMES WEDDLE & BARCOTT

*[signature]* W.D. DeVoe 12/19/05

William D. De Voe, ASBA # 9101001
Attorney for Plaintiff

- S. SHAMBUREK (SHAMBUREK)
- W. DEVOE
- J. STACEY
- U.S. MARSHAL
- JUDGE SEDWICK

ORDER AUTHORIZING
SALE OF VESSEL - 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008