# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

Caterpillar Financial Services Corp., v. ALPINE COVE, LLC, et al

Case No. **3:05-cv-00173-JWS-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

### RE: Plaintiff's Motion for Order Extending Time, Docket No. 32

Plaintiff moves the court for an order extending by ninety (90) days the time within which Caterpillar must either file a notice of dismissal or its claim against Robert Gustafson, or file a notice showing what steps it has taken to obtain a relief from the bankruptcy stay. Plaintiff's motion is well taken and is hereby GRANTED. Plaintiff shall have until March 21, 2006 within which to file a Notice of Dismissal of its claims against Robert Gustafson or file a Notice showing steps taken to obtain relief from the bankruptcy stay.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 30, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CV\3-05-cv-00173-JWS-JDR Alpine Cove  @32 MO Granting Mtn for Exten of Time.wpd