William D. De Voe
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>        Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS)<br><br>[PROPOSED] ORDER CONFIRMING SALE OF VESSEL F/V ALPINE COVE, ON 1113073 |

The Court having considered the records and files herein and it appearing to the Court that the United States Marshall for the District of Alaska, in accordance with the Order of this Court entered December 27, 2005, sold by public auction, the F/V ALPINE COVE, Official No. 1113073, her engines, machinery and appurtenances on the 26th day of January, 2006, at 10:30 a.m. The Plaintiff, Caterpillar Financial Services Corporation, having presented the highest bid was sold the F/V ALPINE COVE for the sum of

[PROPOSED]
ORDER CONFIRMING SALE - 1

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

$900,000.00. It further appearing that the time for objecting to the sale has past; now, therefore,

IT IS HEREBY ORDERED that the sale of the F/V ALPINE COVE, Official No. 1113073, her engines, machinery and appurtenances, to Plaintiff Caterpillar Financial Services Corporation for the sum of $900,000.00 is hereby confirmed.

Dated this _____ day of February, 2006.

 

_____
HONORABLE JOHN W. SEDWICK
JUDGE US DISTRICT COURT, ALASKA

Presented by:

HOLMES WEDDLE & BARCOTT

*[signature]* 2-02-06
William D. De Voe, ASBA # 9101001
   Attorney for Plaintiff

[PROPOSED]
ORDER CONFIRMING SALE - 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on FEBRUARY 2, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Joseph Stacey
Beard Stacey Trueb & Jacobsen, LLP
4039 21st Avenue West, Suite 401
Seattle, WA 98199

Steven J. Shamburek
Law Offices of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501

_/s/ William D. De Voe_
William D. De Voe

G:\3444\20221\Pldg\Order Confirming Sale.1.27.06.doc

[PROPOSED]
ORDER CONFIRMING SALE - 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008