William D. De Voe
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>       Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS)<br><br>ORDER CONFIRMING SALE OF VESSEL F/V ALPINE COVE, ON 1113073 |

  The Court having considered the records and files herein and it appearing to the Court that the United States Marshall for the District of Alaska, in accordance with the Order of this Court entered December 27, 2005, sold by public auction, the F/V ALPINE COVE, Official No. 1113073, her engines, machinery and appurtenances on the 26th day of January, 2006, at 10:30 a.m. The Plaintiff, Caterpillar Financial Services Corporation, having presented the highest bid was sold the F/V ALPINE COVE for the sum of $900,000.00. It further appearing that the time for objecting to the sale has past; now, therefore,

ORDER CONFIRMING SALE - **1**

IT IS HEREBY ORDERED that the sale of the F/V ALPINE COVE, Official No. 1113073, her engines, machinery and appurtenances, to Plaintiff Caterpillar Financial Services Corporation for the sum of $900,000.00 is hereby confirmed.

Dated this 8th day of February, 2006.

/s/
HONORABLE JOHN W. SEDWICK
JUDGE US DISTRICT COURT, ALASKA

ORDER CONFIRMING SALE - **2**