Case 3:05-cv-00173-JWS-JDR    Document 39    Filed 02/14/2006    Page 1 of 2

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION | A05-173-CV-JWS JDR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ALPINE COVE, LLC In Personam, ROBERT GUSTAFSON, et al. | Publish Notice of Sale |

**SERVE →**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kodiak Daily Mirror

**AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM D. DE VOE
HOLMES WEDDLE & BARCOTT
999 Third Ave. Ste. 2600
Seattle, WA 98104

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE PUBLISH NOTICE OF SALE

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 206-292-8008
DATE: 12/20/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date: 1-10-06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 1-13-06
Time: am/pm
Signature of U.S. Marshal or Deputy

Publication

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $8 | $108.56 | | $176.56 | | | |

REMARKS: 1/10, 1/11, 1/12, 1/13

2005 DEC 23 AM 10:17
RECEIVED
U.S. MARSHALS SERVICE
ALASKA

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

# Publisher's Affidavit

UNITED STATES OF AMERICA

State of Alaska

SS:

I, the undersigned, being first duly sworn, depose and say: I am Editor or Publisher of the Kodiak Daily Mirror, a daily newspaper published in Kodiak, Third Judicial Division, State of Alaska, and that the annexed printed notice was published in said newspaper in issues of the following dates:

January 10, 11, 12, 13, 2006

x _Betsy M. Lund_
Signature of Editor or Publisher

SUBSCRIBED AND SWORN to before me this 31 day of January, 2006

_Amy [signature]_

NOTARY PUBLIC in and for the State of Alaska.

My Commission expires 06-04-06

---

Annexed notice:

— 4 —

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CATERPILLAR FINANCIAL SERVICES CORPORATION, Plaintiff, IN ADMIRALITY
Vs.
ALPINE COVE, LLC, In Personam, ROBERT GUSTAFSON, In Personam, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., In Rem, Defendants. Case No. A05-0173 CV (JWS)

NOTICE OF SALE OF VESSEL

Notice is hereby given that the United States Marshal will sell by public auction on January 26, 2006, at 10:30 a.m. the ALPINE COVE, Official Number 1113073, her engines, machinery, appurtenances, etc., such sale to be held in the lobby of the United States District Courthouse, 222 West 7th Ave., Anchorage, Alaska. Written bids for the vessel will be accepted by the United States Marshal if received by 4:00 p.m. local time the business day preceding the sale. Unless the bid is an offset bid, each written bid must be accompanied by a certified or cashier's check for $1,000 or 10% of the bid, whichever is greater.

The person whose bid is accepted at the sale by the United States Marshal must a) if the bid is $1,000 or less, immediately pay the full purchase price or b) if the bid exceeds $1,000, (i) within a reasonable time set by the Marshal, pay a deposit of at least $1,000 or 10% of the bid, whichever is greater and (ii) pay the balance within 7 calendar days after the day on which the bid was accepted, provided that if an objection to the sale is filed within that seven-day period, the bidder is excused from paying the balance of the purchase price until seven (7) days after the sale is confirmed. Payments to the Marshal shall be made in cash, certified check or cashier's check. Upon receipt of a confirmation order, the Marshal will issue a bill of sale to the purchaser.

Randy M. Johnson
U.S. Marshal, District of Alaska

Pub: January 10, 11, 12, 13, 2006