# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| **PLAINTIFF**: CATERPILLAR FINANCIAL SERVICES CORPORATION | **COURT CASE NUMBER**: A05-173-CV JWS JDR |
| **DEFENDANT**: ALPINE COVE, LLC, In Personnam, ROBERT GUSTAFSON, et al. | **TYPE OF PROCESS**: PUBLISH NOTICE OF SALE |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Anchorage Daily News
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

WILLIAM D. DE VOE
HOLMES WEDDLE & BARCOTT
999 Third Ave. Ste 2600
Seattle, WA 98104

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

PLEASE PUBLISH NOTICE OF SALE

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 206-292-8008
DATE: 12/20/05

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date: 1-13-06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above): Publication

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 1-13-06   Time:   am / pm

Signature of U.S. Marshal or Deputy

| Service Fee: $8 | Total Mileage Charges (including endeavors): 632.32 | Forwarding Fee | Total Charges: $640.32 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

**REMARKS:** 1/13, 1/14, 1/15 + 1/16

2005 DEC 23 AM 10:17
U.S. MARSHALS SERVICE
ANCHORAGE, ALASKA

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

# Anchorage Daily News
## Affidavit of Publication
1001 Northway Drive, Anchorage, AK 99508

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 687121 | 12/25/2005 | | USMA0514 | $158.08 | | | | | | |
| | 01/01/2006 | | USMA0514 | $158.08 | | | | | | |
| | 01/13/2006 | | USMA0514 | $158.08 | | | | | | |
| | 01/14/2006 | | USMA0514 | $158.08 | | | | | | |
| | 01/15/2006 | | USMA0514 | $0.00 | | | | | | |
| | 01/16/2006 | | USMA0514 | $0.00 | | | | | | |
| | | | | $632.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $632.32 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _____

Subscribed and sworn to me before this date:

January 19, 2006

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: 09/12/2007

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CATERPILLAR FINANCIAL SERVICES CORPORATION,
Plaintiff,
v.
ALPINE COVE, LLC, In Personam, ROBERT GUSTAFSON, In Personam, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., In Rem,
Defendants.

IN ADMIRALTY

Case No. A05-0173CV (JWS)

NOTICE OF SALE OF VESSEL

Notice is hereby given that the United States Marshal will sell by public auction on January 26, 2006, at 10:30 a.m. the ALPINE COVE, Official Number 1113073, her engines, machinery, appurtenances, etc., such sale to be held in the lobby of the United States District Courthouse, 222 West 7th Ave., Anchorage, Alaska. Written bids for the vessel will be accepted by the United States Marshal if received by 4:00 p.m. local time the business day preceding the sale. Unless the bid is an offset bid, each written bid must be accompanied by a certified or cashier's check for $1,000 or 10% of the bid, whichever is greater.

The person whose bid is accepted at the sale by the United States Marshal must a) If the bid is $1,000 or less, immediately pay the full purchase price or b) If the bid exceeds $1,000, (i) within a reasonable time set by the Marshal, pay a deposit of at least $1,000 or 10% of the bid, whichever is greater and (ii) pay the balance within 7 calendar days after the day on which the bid was accepted, provided that if an objection to the sale is filed within that seven-day period, the bidder is excused from paying the balance of the purchase price until seven (7) days after the sale is confirmed. Payments to the Marshal shall be made in cash, certified check or cashier's check. Upon receipt of a confirmation order, the Marshal will issue a bill of sale to the purchaser.

Randy M. Johnson
U.S. Marshal,
District of Alaska

Pub: Dec. 25, 2005
Jan. 1, 8, 15, 2006

---

RECEIVED
2006 JAN 27 AM 10: 45
U.S. MARSHALS SERVICE
ALASKA

William D. De Voe
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS) |

**NOTICE OF SALE OF VESSEL**

Notice is hereby given that the United States Marshal will sell by public auction on January 26, 2006, at 10:30 a.m. the ALPINE COVE, Official Number 1113073, her engines, machinery, appurtenances, etc., such sale to be held in the lobby of the United States District Courthouse, 222 West 7th Ave., Anchorage, Alaska. Written bids for the vessel will be accepted by the United States Marshal if received by 4:00 p.m. local time the business day preceding the sale. Unless the bid is an offset bid, each written bid must be

AFFIDAVIT OF WILLIAM D. DE VOE
IN SUPPORT OF MOTION FOR
ATTORNEYS FEES AND COSTS - 1

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

accompanied by a certified or cashier's check for $1,000 or 10% of the bid, whichever is greater.

    The person whose bid is accepted at the sale by the United States Marshal must a) if the bid is $1,000 or less, immediately pay the full purchase price or b) if the bid exceeds $1,000, (i) within a reasonable time set by the Marshal, pay a deposit of at least $1,000 or 10% of the bid, whichever is greater and (ii) pay the balance within 7 calendar days after the day on which the bid was accepted, provided that if an objection to the sale is filed within that seven-day period, the bidder is excused from paying the balance of the purchase price until seven (7) days after the sale is confirmed. Payments to the Marshal shall be made in cash, certified check or cashier's check. Upon receipt of a confirmation order, the Marshal will issue a bill of sale to the purchaser.

                                                  _____
                                                  Randy M. Johnson
                                                  U.S. Marshal, District of Alaska

AFFIDAVIT OF WILLIAM D. DE VOE
IN SUPPORT OF MOTION FOR
ATTORNEYS FEES AND COSTS - 2

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008