USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION | A05-173-CV JWS JDR |
| DEFENDANT | TYPE OF PROCESS |
| ALPINE COVE, LLC, In Personam, ROBERT GUSTAFSON, In Personam, et. al. | SALE OF VESSEL |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
US MARSHAL

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
222 West 7th Avenue Box 28 Room 170 Anchorage, AK 99513

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

WILLIAM D. DE VOE
HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PURSUANT TO COURT ORDER, PLEASE CONDUCT SALE OF VESSEL AT PUBLIC AUCTION ON JANUARY 26, 2006 AT 10:00 A.M.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (206) 292-8008
DATE: 2/3/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | Linda M Klein | 2-2-06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 1/26/06   Time: 10:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

Commission

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45 | $13,515 | | $13,560 | | $0.00 |

REMARKS: vessel sold for $900,000
3% of $1000 + 1.5% of $899,000 = $13,515

PRINT 5 COPIES:
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION )<br>)<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ALPINE COVE, LLC. In Personam, ROBERT )<br>GUSTAFSON, In Personam, AND F/V ALPINE )<br>COVE, O.N. 1113073, Its Engines, Machinery )<br>Appurtenances, etc., In Rem. )<br>)<br>Defendants. ) | IN ADMIRALTY<br>Case No. A05-173CIV |

**U.S. MARSHALS RETURN ON SALE**

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that I received a Notice of Sale for the vessel ALPINE COVE, official #1113073, on January 5, 2006. Notice of sale was published in the Anchorage Daily News four consecutive days, January 13th, 14th, 15th, and 16th, 2006 and also in the Kodiak Daily Mirror on January 10th, 11th, 12th, and 13th, 2206, pursuant to Local Admiralty Rule (e)-14 with the date, time and place of the sale which was set for January 26, 2006 at 10:30 a.m., in the United States Federal Court House, 222 West Seventh Avenue, Anchorage, Alaska.

I further certify and return that pursuant to this order, Deputy U.S. Marshal Doug Zielinski did offer up for sale the Vessel ALPINE COVE Official #1113073, and the highest and best bid received was a bid of $900,000.00 from Chris Beltzer of Holmes, Weddle and Barcott representing Caterpillar Financial Services Corporation .

I hereby return this order fully executed this 27th day of January, 2006 at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal D/AK

By: _____
Deputy U.S. Marshal