USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**POSTED**

| | |
|---|---|
| PLAINTIFF: CATERPILLAR FINANCIAL SERVICES CORPORATION | COURT CASE NUMBER: A05-173-CV |
| DEFENDANT: ALPINE COVE, LLC, In Personam, ROBERT GUSTAFSON, In Personam, et. al. | TYPE OF PROCESS: RELEASE OF VESSEL |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: US MARSHAL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 222 West 7th Avenue Box 28 Room 170 Anchorage, AK 99513

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

WILLIAM D. DE VOE
HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104

Number of process to be served with this Form-285:
Number of parties to be served in this case:
Check for service on U.S.A.

**RECEIVED FEB 23 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA**

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

UPON RECEIPT OF ORDER CONFIRMING SALE OF VESSEL, PLEASE RELEASE THE VESSEL TO CATERPILLAR FINANCIAL SERVICES CORPORATION

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Maura F. Gay*
TELEPHONE NUMBER: (206) 292-8008
DATE: 2/2/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 6 | 6 | *Linda M Klemm* | |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (*if not shown above*):
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
**CHARGED & TRANSFERRED**
Date 2-14-06   VO #304
Initials *JMK*   $45

Date: 2-14-06   Time: 2:30 pm
Signature of U.S. Marshal or Deputy: *Linda Klemm*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45 | | | $45 | | $0.00 |

REMARKS: released per order conf sale

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| | | |
|---|---|---|
| U.S> DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-1356 (Rev. 06-04) | **BILL OF SALE BY GOVERNMENT ENTITY PURSUANT TO COURT ORDER OR ADMINISTRATIVE DECREE OF FORFEITURE** | THIS SECTION FOR COAST GUARD |

**1. VESSEL NAME**
ALPINE COVE

**2. OFFICIAL NUMBER OR OTHER UNIQUE IDENTIFIER**
1113073

**3. PERSON EXECUTING INSTRUMENT**
NAME: Randy M. Johnson    TITLE: U.S. Marshal
NAME AND ADDRESS OF AGENCY REPRESENTED (AND DISTRICT, IF APPLICABLE)
U.S. Marshals Service, District of Alaska
222 W. 7th Avenue, #28, Anchorage, Alaska 99513

**4. COURT OR FORFEITURE INFORMATION:**
☐ VESSEL SOLD PURSUANT TO ADMINISTRATIVE FORFEITURE (COPY OF DEGREE ATTACHED)
☒ VESSEL SOLD PURSUANT TO COURT ORDER
NAME OF COURT: U.S. District Court    TITLE OF ORDER: Order Confirming Sale

RECORDING DATA:
BOOK:    PAGE:
PORT (IF DIFFERENT FROM FILING PORT)

**5. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH:**
CATERPILLAR FINANCIALS SERVICES CORPORATION

**5A. TOTAL INTEREST TRANSFERRED** (100% UNLESS OTHERWISE SPECIFIED) ___100___ %.

**5B. MANNER OF OWNERSHIP.** (CHECK ONLY ONE, IF APPLICABLE). UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST.
☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP    ☐ TENANCY BY THE ENTIRETIES    ☐ COMMUNITY PROPERTY
☒ OTHER (DESCRIBE)

**6. CONSIDERATION RECEIVED:**
$900,000.00 (Nine Hundred Thousand Dollars and No Cents)
(ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)

**7.** BY VIRTUE OF THE AFORESAID COURT ORDER, A COPY OF WHICH IS ATTACHED HERETO, OR DECREE OF ADMINISTRATIVE FORFEITURE ATTACHED HERETO, I DO HEREBY GRANT, BARGAIN, AND SELL THE VESSEL DESCRIBED HEREIN, TOGETHER WITH ITS TACKLE, APPAREL, AND FURNITURE, TO THE BUYER(S) NAMED ABOVE.

**8. SIGNATURE AND ACKNOWLEDGMENT:** *Randy M Johnson*
Randy M. Johnson, U.S. Marshal

ON  February 23, 2006  THE PERSON(S)
        (DATE)
NAMED ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT IN THEIR STATED CAPACITY(IES) FOR THE PURPOSE THEREIN CONTAINED.

STATE: Alaska
COUNTY: N/A
NOTARY PUBLIC *Victoria [illegible]*
MY COMMISSION EXPIRES: 11/2009
                        (DATE)

"I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL BILL OF SALE ISSUED ON
_February 23_, 20_06_."
*[signature]*

PREVIOUS EDITION OBSOLETE

(COMPLETE THIS SECTION ONLY IF VESSEL HAS NEVER BEEN DOCUMENTED AND DOES NOT HAVE A HULL IDENTIFICATION NUMBER.)

VESSEL DATA

A. BUILDER _____    B. BUILDER'S HULL NUMBER _____

C. FORMER NAME _____    D. FORMER MOTORBOAT NUMBERS _____

E. FORMER ALIEN REGISTRATIONS _____

F. DIMENSIONS:  L= _____  B= _____  D= _____

G. PERSON FROM WHOM SELLER OBTAINED VESSEL _____

_____
SIGNATURE OF SELLER

## INSTRUCTIONS

1. INDICATE CURRENT DOCUMENTED NAME. (IF VESSEL HAS NEVER BEEN DOCUMENTED SELLER MUST COMPLETE AND SIGN DATA SECTION ABOVE.)

2. INDICATE OFFICIAL NUMBER AWARDED TO VESSEL OR HULL IDENTIFICATION NUMBER ASSIGNED BY MANUFACTURER. (IF THE VESSEL HAS NO HULL IDENTIFICATION NUMBER AND HAS NEVER BEEN DOCUMENTED, SELLER MUST COMPLETE AND SIGN THE VESSEL DATA SECTION ABOVE.)

3. INSERT NAMES AND ADDRESSES OF ALL PERSONS EXECUTING INSTRUMENT AND THEIR CAPACITY. LIST THE NAME AND ADDRESS OF THE AGENCY IF APPLICABLE.

4. SELF-EXPLANATORY.

5. LIST THE NAME(S) AND ADDRESS(ES) OF THE BUYERS.

5A. LIST THE INTEREST TRANSFERRED TO THE BUYER(S) NAMED ABOVE.

5B. CHECK THE MANNER OF OWNERSHIP. UNLESS OTHERWISE STATED, THIS BILL OF SALE CREATES A TENANCY IN COMMON WITH EACH TENANT OWNING AN UNDIVIDED INTEREST.

6. SELF-EXPLANATORY. USE "REMARKS" SECTION ABOVE IF VESSEL IS NOT SOLD FREE AND CLEAR, OR TO LIST VESSEL APPURTENANCES WHICH ARE NOT SOLD WITH THE VESSEL.

7. SELF-EXPLANATORY.

8. THIS SECTION MUST BE COMPLETED BY A NOTARY PUBLIC OR OTHER PERSON AUTHORIZED TO TAKE ACKNOWLEDGMENTS OF DEEDS UNDER THE LAWS OF A STATE OR THE UNITED STATES. IF THERE ARE MULTIPLE SIGNATORIES TO THIS BILL OF SALE, EACH MUST MAKE AN ACKNOWLEDGMENT BEFORE A NOTARY. ATTACHMENTS SHOWING THOSE APPEARANCES ARE PERMITTED.

NOTE: THIS INSTRUMENT WILL BE INELIGIBLE FOR FILING AND RECORDING IF ALTERED AFTER EXECUTION AND ACKNOWLEDGMENT. ANY ALTERATIONS MADE PRIOR TO EXECUTION MUST BE ATTESTED BY THE PERSON TAKING THE ACKNOWLEDGMENT.

## PRIVACY ACT STATEMENT

IN ACCORDANCE WITH 5 USC 552(A), THE FOLLOWING INFORMATION IS PROVIDED TO YOU WHEN SUPPLYING PERSONAL INFORMATION TO THE U.S. COAST GUARD.

1. AUTHORITY. SOLICITATION OF THIS INFORMATION IS AUTHORIZED BY 46 USC, CHAPTER 313 AND 46 CFR, PART 67.

2. THE PRINCIPAL PURPOSES FOR WHICH THIS INSTRUMENT IS TO BE USED ARE:

   (A) TO PROVIDE A RECORD, AVAILABLE FOR PUBLIC INSPECTION AND COPYING, OF THE SALE OR OTHER CHANGE IN OWNERSHIP OF A VESSEL WHICH IS DOCUMENTED, WILL BE DOCUMENTED, OR HAS BEEN DOCUMENTED PURSUANT TO 46 USC, CHAPTER 121.

   (B) PLACEMENT OF THIS INSTRUMENT IN A BOOK FOR EXAMINATION BY GOVERNMENTAL AUTHORITIES AND MEMBERS OF THE GENERAL PUBLIC.

3. THE ROUTINE USE WHICH MAY BE MADE OF THIS INFORMATION INCLUDES DEVELOPMENT OF STATISTICAL DATA CONCERNING DOCUMENTED VESSELS.

4. DISCLOSURE OF THE INFORMATION REQUESTED ON THIS FORM IS VOLUNTARY. HOWEVER, FAILURE TO PROVIDE THE INFORMATION COULD PRECLUDE FILING OF A BILL OF SALE AND DOCUMENTATION OF THE VESSEL NAMED HEREIN PURSUANT TO 46 USC, CHAPTER 121. MOREOVER, BILLS OF SALE WHICH ARE NOT FILED ARE NOT DEEMED TO BE VALID EXCEPT AGAINST ANY PERSON EXCEPT THE GRANTOR OR A PERSON HAVING ACTUAL KNOWLEDGE OF THE SALE. (46 USC 31321(A)).

THE COAST GUARD ESTIMATES THAT THE AVERAGE BURDEN FOR THIS FORM IS 20 MINUTES. YOU MAY SUBMIT ANY COMMENTS CONCERNING THE ACCURACY OF THIS BURDEN ESTIMATE OR MAKE SUGGESTIONS FOR REDUCING THE BURDEN TO: COMMANDANT (G-MVI), U.S. COAST GUARD, WASHINGTON, DC 20593-0001 OR OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF INFORMATION AND REGULATORY AFFAIRS, ATTENTION: DESK OFFICER FOR DHS/USCG, OLD EXECUTIVE OFFICE BUILDING, WASHINGTON, DC 20503.

U.S. MARSHALS SERVICE
ALASKA

'06 FEB 10 AM 10: 30

William D. De Voe
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>           Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS)<br><br>ORDER CONFIRMING SALE OF VESSEL F/V ALPINE COVE, ON 1113073 |

The Court having considered the records and files herein and it appearing to the Court that the United States Marshall for the District of Alaska, in accordance with the Order of this Court entered December 27, 2005, sold by public auction, the F/V ALPINE COVE, Official No. 1113073, her engines, machinery and appurtenances on the 26th day of January, 2006, at 10:30 a.m. The Plaintiff, Caterpillar Financial Services Corporation, having presented the highest bid was sold the F/V ALPINE COVE for the sum of $900,000.00. It further appearing that the time for objecting to the sale has past; now, therefore,

ORDER CONFIRMING SALE - 1

IT IS HEREBY ORDERED that the sale of the F/V ALPINE COVE, Official No. 1113073, her engines, machinery and appurtenances, to Plaintiff Caterpillar Financial Services Corporation for the sum of $900,000.00 is hereby confirmed.

Dated this 8th day of February, 2006.

/s/
HONORABLE JOHN W. SEDWICK
JUDGE US DISTRICT COURT, ALASKA

ORDER CONFIRMING SALE - 2