1. William D. De Voe
2. HOLMES WEDDLE & BARCOTT
   999 Third Avenue, Suite 2600
3. Seattle, Washington 98104
   wdevoe@hwb-law.com
4. (206) 292-8008
5.
6. Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS)<br><br>PLAINTIFF'S SECOND MOTION FOR ORDER EXTENDING TIME FOR DISMISSAL OF ITS CLAIM AGAINST ROBERT GUSTAFSON |
|---|---|

This motion is filed in response to this Court's Order From Chambers entered December 16, 2005, requiring that on or before December 30, 2006, (subsequently extended to March 30, 2006[1]) plaintiff shall either file a notice of dismissal of its claims

---

[1] See Order Granting Plaintiff's Motion For Order Extending Time For Dismissal Of Its Claim Against Robert Gustafson

Pltf's Mtn for Order Extending Time For
Dismissal of its Claim Against Robert Gustafson
Caterpillar Financial Services Corporation v.
Alpine Cove et al - Page 1 of 4
Case No. A05-173CV (JWS)

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

against Robert Gustafson or a notice showing what steps it has taken to obtain relief from the bankruptcy stay. Plaintiff Caterpillar Financial Services Corporation ("Caterpillar") moves this Court for an order extending by ninety days the time within which Caterpillar must either file a notice of dismissal of its claim against Robert Gustafson or file a notice showing what steps it has taken to obtain a relief from the bankruptcy stay.

Defendant Robert Gustafson filed Chapter 7 Bankruptcy on October 16, 2005, and this action against him was stayed at that time. The bankruptcy continues in its early stages. For example the first meeting of creditors under 11 U.S.C. § 341 is still in the process of being completed. The first meeting took place on January 5, 2006, but it was continued to February 2, 2006, to allow Mr. Gustafson to provide a number of documents requested by the Trustee and its attorney.

By no fault of Caterpillar, the continued meeting has yet to take place. To accommodate Mr. Gustafson and his bankruptcy attorney, the February 2, 2006, meeting was rescheduled to March 3, 2006, and then again to April 6, 2006. As a result, the continuation of the January 5, 2006, meeting has yet to take place and Caterpillar has been unable to discover the information it needs to adequately assess the issues regarding Mr. Gustafson's bankruptcy claim.

Accordingly, it is too early in the bankruptcy case to know if a motion for relief from stay is appropriate or whether Mr. Gustafson will merely turn around and dismiss his bankruptcy case if this lawsuit is dismissed. If the claim against Mr. Gustafson is

Pltf's Mtn for Order Extending Time For
Dismissal of its Claim Against Robert Gustafson
Caterpillar Financial Services Corporation v.
Alpine Cove et al - Page 2 of 4
Case No. A05-173CV (JWS)

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

dismissed and Mr. Gustafson's bankruptcy is dismissed, Caterpillar will incur additional time and expense for refiling and reserving Mr. Gustafson. Not dismissing the claim against Mr. Gustafson does not violate the automatic stay, nor does it prejudice Mr. Gustafson.

Caterpillar respectfully request that this court extend for ninety days the date in its Order Granting Plaintiff's Motion for Order Extending Time, from March 30, 2006, to June 30, 2006, the date within which Caterpillar must either file a notice of dismissal of its claims against Robert Gustafson or file a notice showing steps taken to obtain relief from the bankruptcy stay.

DATED this 4th day of April, 2006

HOLMES WEDDLE & BARCOTT

William D. De Voe, ASBA#9101001
Attorneys for Plaintiff

Pltf's Mtn for Order Extending Time For
Dismissal of its Claim Against Robert Gustafson
Caterpillar Financial Services Corporation v.
Alpine Cove et al - Page 3 of 4
Case No. A05-173CV (JWS)

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on April 4th, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Steven J. Shamburek - shamburek@gci.net, shamburekbank@gci.net
Law Offices of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501

<u>*U.S. Mail Only to:*</u>
Joseph Stacey
Beard Stacey Trueb & Jacobsen, LLP
4039 21st Avenue West, Suite 401
Seattle, WA 98199

_____/s/_____
William D De Voe

Pltf's Mtn for Order Extending Time For
Dismissal of its Claim Against Robert Gustafson
Caterpillar Financial Services Corporation v.
Alpine Cove et al - Page 4 of 4
Case No. A05-173CV (JWS)

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008