1. William D. De Voe
2. HOLMES WEDDLE & BARCOTT
3. 999 Third Avenue, Suite 2600
   Seattle, Washington 98104
   wdevoe@hwb-law.com
4. (206) 292-8008

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR ORDER EXTENDING TIME FOR DISMISSAL OF ITS CLAIM AGAINST ROBERT GUSTAFSON |
|---|---|

Plaintiff's Second Motion for Order Extending Time for Dismissal of its Claim Against Robert Gustafson is hereby granted and plaintiff shall have until June 30, 2006, to either file a notice of dismissal of its claim against Robert Gustafson or a notice showing what steps plaintiff has taken to obtain relief from the bankruptcy stay.

Proposed Order Granting Plaintiff's Motion for Order
Extending Time for Dismissal of its Claim
Against Robert Gustafson
Caterpillar Financial Services Corporation v.
Alpine Cove et al
Case No. A05-173CV (JWS) - Page 1 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

DATED this _____ day of _____, 200__

_____
Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on April 4th, 2006, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Steven J. Shamburek - shamburek@gci.net, shamburekbank@gci.net
Law Offices of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501

<u>*U.S. Mail Only to:*</u>
Joseph Stacey
Beard Stacey Trueb & Jacobsen, LLP
4039 21st Avenue West, Suite 401
Seattle, WA 98199

_____/s/_____
William D De Voe

Proposed Order Granting Plaintiff's Motion for Order
Extending Time for Dismissal of its Claim
Against Robert Gustafson
Caterpillar Financial Services Corporation v.
Alpine Cove et al
Case No. A05-173CV (JWS) - Page 2 of 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008