William D. De Voe
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, WA 98104
(206) 292-8008

Christopher A. Beltzer
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
(907) 274-0666

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>  Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS)<br><br>AFFIDAVIT OF CHRISTOPHER A. BELTZER IN SUPPORT OF MOTION FOR JUDGMENT DEBTOR TO APPEAR |

STATE OF ALASKA      )
                     ) ss:
THIRD JUDICIAL DISTRICT )

The undersigned, being first duly sworn upon oath deposes and says:

1. I am one of the attorneys for the Plaintiff herein and have personal knowledge of the matters set forth below.

Plaintiff's Affidavit in Support of Motion for Judgment Debtor to Appear
Case No. A05-173CV (JWS) - Pg. **1**

2. On December 7, 2006, Plaintiff obtained a default judgment against Defendant Alpine Cove, LLC in the above-entitled court. A copy of said judgment is attached hereto, of which an amount exceeding $1,000,000.00 remains unpaid.

3. Affidavit has reason to believe and does believe that Robert J. Gustafson has in his possession, or knowledge, records relating to the assets and/or non-exempt property of judgment debtor Alpine Cove, LLC which it has failed to produce and consequently, said judgment remains unsatisfied.

Further the affiant sayeth naught.

DATED this 24 day of April, 2006

_____
Christopher A. Beltzer

SUBSCRIBED AND SWORN to before me this 24th day of April, 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 7-23-07

**CERTIFICATE OF SERVICE**
I hereby certify that on this 24th day of April 2006, a true and correct copy of the foregoing was sent via U.S. Mail to:

Joseph Stacey
Beard Stacey Trueb & Jacobsen, LLP
4039 21st Avenue West, Suite 401
Seattle, WA 98199

Steven J. Shamburek
Law Offices of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501

_____
Susan Winton
X:\cab\GustafsonAffdBeltzer06Apr21.doc

Plaintiff's Affidavit in Support of Motion for Judgment Debtor to Appear
Case No. A05-173CV (JWS) - Pg. **2**

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666