William D. De Voe
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Plaintiff

LODGED NOV 1 8 2005

FILED
DEC 0 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>　　　　　Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS)<br><br>(~~PROPOSED~~) ORDER FOR DEFAULT JUDGMENT, *IN PERSONAM* AGAINST ALPINE COVE, LLC AND *IN REM*, AGAINST F/V ALPINE COVE AND, AWARD OF ATTORNEYS' FEES AND COSTS |

THIS MATTER, having come before the Court upon the motion of plaintiff Caterpillar Financial Services Corporation ("Caterpillar") for (1) a default judgment *in personam* against Alpine Cove, LLC, (2) and a default judgment *in rem* against the ALPINE COVE, Official No. 1113073, (3) award of *custodian legis* costs, legal fees, costs.

(PROPOSED) ORDER OF DEFAULT
*IN REM* AGAINST F/V ALPINE COVE AND
*IN PERSONAM* AGAINST AND ALPINE COVE, LLC - 1

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

28

After due consideration, the Court having reviewed the records and files herein and the Affidavit of William D. DeVoe, and being otherwise advised in the premises, it is hereby:

ORDERED that the Preferred Ship Mortgage and Amended Preferred Ship Mortgage of plaintiff on the F/V ALPINE COVE, Official No. 1113073, its engines, machinery, and appurtenances, etc., is hereby foreclosed; and it is further

ORDERED that Caterpillar shall have judgment jointly and severally against Alpine Cove, LLC and against the F/V ALPINE COVE, Official No. 1113073, its engines, machinery, appurtenances, etc., based on the Preferred Ship Mortgage and Amended Preferred Ship Mortgage, in the amount of $2,008,474.37, together with per diem interest at $491.37 from June 20, 2005 through November 18, 2005, for a total judgment of $2,082,671.24, plus per diem interest of $491.37; and it is further

ORDERED that Caterpillar shall have judgment jointly and severally against Alpine Cove, LLC and against the ALPINE COVE, Official No. 113073, its engines, machinery, appurtenances, etc., in the amount of $12,451.41 representing costs *in custodia legis* to arrest the ALPINE COVE; and it is further

ORDERED that Caterpillar shall have *in rem* judgment against the F/V ALPINE COVE, Official No. 113073, its engines, machinery, appurtenances, etc., and against Alpine Cover, LLC, jointly and severally, in the amount of $_____ representing reasonable legal fees and expenses for representation of Caterpillar in the prosecution of this action and its costs related to self help repossession.

(PROPOSED) ORDER OF DEFAULT
*IN REM* AGAINST F/V ALPINE COVE AND
*IN PERSONAM* AGAINST AND ALPINE COVE, LLC - 2

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

DATED this 7th day of ~~November~~ December, 2005.

_____
U.S. DISTRICT JUDGE JOHN SEDWICK

Presented by:

HOLMES WEDDLE & BARCOTT, P.C.

The undersigned magistrate judge has reviewed the above in light of the law and the facts and recommends that it be **GRANTED with the exception** of the request for attorneys fees, which will need to be more fully supported through a separate motion.

_____
William D. De Voe, ASBA #9101001
Attorney for Plaintiff

_____  12-6-05
JOHN D. Roberts                   DATE
United States Magistrate Judge

G:\3444\20221\Pldg\Prop Order for Default Judgment Alaska 11.16.05.doc

CERTIFICATE OF SERVICE
I hereby certify that on this 18th day of November, 2005, a true and correct copy of the foregoing was sent via US Mail to:

Joseph Stacey
Beard Stacey Trueb & Jacobsen, LLP
4039 21st Avenue W, Suite 401
Seattle, WA  98199

Steven J. Shamburek
Law Offices of Steven J. Shamburek
425 G Street, Ste. 630
Anchorage, AK  99501

_____
Patty Cool

A05-0173--CV (JWS)    12-8-05
-------------------------------
S. SHAMBUREK (SHAMBUREK)
W. DEVOE
J. STACEY

MAGISTRATE JUDGE ROBERTS
0 5 J 11918

(PROPOSED) ORDER OF DEFAULT
*IN REM* AGAINST F/V ALPINE COVE AND
*IN PERSONAM* AGAINST AND ALPINE COVE, LLC - 3

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008