William D. De Voe
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, WA 98104
(206) 292-8008

Christopher A. Beltzer
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
(907) 274-0666

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>　　　　　　　Defendants. | IN ADMIRALTY<br><br>Case No. A05-0173CV (JWS)<br><br>PROPOSED ORDER FOR SUPPLEMENTAL PROCEEDING AGAINST ROBERT GUSTAFSON |

THIS MATTER having come on for hearing upon motion by the Plaintiff by and through its attorney of records, Holmes Weddle & Barcott, and good cause appearing, now, therefore,

IT IS HEREBY ORDERED that Robert J. Gustafson appear in person before a Court Commissioner, United States District Court, Alaska, Room _____, 222 W. 7th Avenue, Anchorage, Alaska, 99501, at the hours of _____ on _____ day of _____,

Proposed Order for Supplemental Proceeding Against Robert J. Gustafson
Case No. A05-173CV (JWS) - Pg. **1**

2006, then and there to be examined under oath concerning any records in his possession, or knowledge which he has, related in any way to Alpine Cove, LLC.

YOUR FAILURE TO APPEAR AS SET FORTH AT THE TIME, DATE AND PLACE MAY CAUSE THE COURT TO ISSUE A BENCH WARRANT FOR YOUR APPREHENSION AND CONFINEMENT IN JAIL UNTIL SUCH TIME AS THE MATTER CAN BE HEARD, UNLESS BAIL IS FURNISHED.

IT IS ALSO HEREBY ORDERED, that Robert J. Gustafson bring with him the following documents in his possession:

1. Any and all documents relating in any way to Alpine Cove, LLC, including all ledgers or computer printouts of electronic records.

2. Any and all documents relating to fishing rights owned by, in the name of, fished for the benefit of, or otherwise related to Alpine Cove, LLC, over the last five years. This includes, but is not limited to, information relating to any transaction involving such fishing rights.

3. Any and all documents relating to fishing rights owned by, in the name of, used by, or otherwise related to the F/V Alpine Cove over the last five years. This includes, but is not limited to, information relating to any transaction involving such fishing rights.

4. Any and all documents relating to fishing rights that were used to catch fish aboard the F/V Alpine Cove over the last five years. This includes, but is not limited to, information relating to any transaction involving such fishing rights.

5. Any and all documents relating to fish and/or other seafood caught and/or processed aboard the F/V Alpine Cove, including but not limited to, fish tickets, catch history, or other logs.

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

6. Any and all logs of the F/V Alpine Cove.

7. Any and all documents relating to the contract with Blue Ice, Inc. pertaining to ground fish license LLG4004, including but not limited to, any document relating to payments made under the contract and any transaction involving license LLG4004.

8. Any and all documents relating to equipment and/or fishing gear used aboard the F/V Alpine Cove within the last five years. This includes, but is not limited to, information relating to any transaction involving such equipment and/or fishing gear and the name of any individual or entity who is holding any equipment or fishing gear on its behalf.

9. Any and all income tax returns for Alpine Cove, LLC, for the past five years. If the filing of the most recent return is pending but the return has been prepared or the information is available, that information and related documents are to be provided as well.

10. All financial statements of Alpine Cove, LLC, prepared and/or given at the request of any bank or financial institution or any other lending institution, within the last five years. This request includes all loan or credit applications proposed by or for the defendant Alpine Cove, LLC, within the last five years.

11. All financial statements of Robert J. Gustafson prepared and/or given at the request of any bank or financial institution or any other lending institution that refers in any way to Alpine Cove, LLC, within the last five years.

12. Any and all records of any savings accounts, checking accounts, and safety deposit boxes maintained, either in the name of Alpine Cove, LLC, or the name of any individual who is holding any monies on its behalf.

13. Any and all records or credit card statements in the name of Alpine Cove, LLC.

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

14. Any and all bank reconciliation reports and/or statements in the name of Alpine Cove, LLC.

15. Certificates of title of all vehicles and/or vessels owned by Alpine Cove, LLC.

16. Specific records of all accounts receivable, notes receivable, or indebtedness due by Alpine Cove, LLC.

17. Records of all assets of Alpine Cove, LLC, including but not limited to stocks, notes, judgments, U.S. Bonds, equipment, machinery, and tools.

18. Any documents and records which show the existence of any security interest or conditional sales contracts on property of Alpine Cove, LLC.

19. Records of all real property, including vendee's or vendor's interest in real property owned, in whole or in part, by Alpine Cove, LLC.

20. Records of any mortgages or liens existing against the real property referred to in paragraph 19 above.

21. Records of any and all payments made to, or property transferred to, stockholders or other insiders, within the last five years.

DATED this _____ day of April, 2006

_____
U.S. DISTRICT COURT JUDGE

Presented by:

HOLMES WEDDLE & BARCOTT, P.C.

Christopher A. Beltzer, ABA #0505019
Attorney for Plaintiff

Holmes Weddle & Barcott, PC
701 West Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Telephone (907) 274-0666

Proposed Order for Supplemental Proceeding Against Robert J. Gustafson
Case No. A05-173CV (JWS) - Pg. **4**

**CERTIFICATE OF SERVICE**
I hereby certify that on this 24th day
of April 2006, a true and correct copy of
the foregoing was sent via U.S. Mail to:

Joseph Stacey
Beard Stacey Trueb & Jacobsen, LLP
4039 21st Avenue West, Suite 401
Seattle, WA 98199

Steven J. Shamburek
Law Offices of Steven J. Shamburek
425 G Street, Suite 630
Anchorage, AK 99501

*/s/ Susan Winton*
Susan Winton
X:\cab\GustafsonOrder06Apr21.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666