William D. De Voe, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, WA 98104
Phone: (206) 292-8008
Fax: (206) 340-0289

Christopher A. Beltzer, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: (907) 274-0666
Fax: (907) 277-4657

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>      Plaintiff,<br><br> v.<br><br>ALPINE COVE, LLC, *In Personam*, ROBERT GUSTAFSON, *In Personam*, AND F/V ALPINE COVE, O.N. 1113073, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>      Defendants. | IN ADMIRALTY<br><br>Case No. 3:05-cv-0173-JWS-JDR<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

  Plaintiff, by and through its attorneys, Holmes Weddle & Barcott, pursuant to the Court's order at Docket 58, hereby provides notice of its dismissal of this case without prejudice.

DATED this 21st day of August, 2006.

        HOLMES WEDDLE & BARCOTT, P.C.
        Attorneys for Plaintiff

By: s/William D. DeVoe
    Holmes Weddle & Barcott, PC
    999 Third Ave., Ste. 2600
    Seattle, WA  98104
    Phone:  (206) 292-8008
    Fax:  (206) 340-0289
    E-mail:  wdevoe@hwb-law.com
    ABA No. 9101001

By: s/Christopher A. Beltzer
    Holmes Weddle & Barcott, PC
    701 W. 8th Ave., Ste. 700
    Anchorage, AK  99501
    Phone:  (907) 274-0666
    Fax:  (907) 277-4657
    E-mail:  cbeltzer@hwb-law.com
    ABA No. 0505019

I hereby certify that on August 21, 2006, a true and correct copy of plaintiff's Notice of Dismissal Without Prejudice was served electronically on:

Joseph Stacey
Beard Stacey Trueb & Jacobsen, LLP
4039 21st Avenue West, Ste. 401
Seattle, WA  98199

Steven J. Shamburek
Law Offices of Steven J. Shamburek
425 G Street, Ste. 630
Anchorage, aK  99501

Robert Gustafson
11322 Russian Creek Road
Kodiak, AK  99615


By: s/ Christopher A. Beltzer

X:\CAB\NoticeofDismissal06Aug15.doc


Notice of Dismissal Without Prejudice
Case No. 3:05-cv-0173-JWS-JDR - Pg. 2